# Exhibit 2

Life is nutz

Be what you are

Life is nutz ™

Life is nutz

Be what you are

Life is nutz ™

Life is nutz ™

Life is nutz

Be what you are

Life is nutz ™