# Exhibit 4



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Feb 18, 2009

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   77/593,469

2. Mark:
   LIFE IS NUTZ
   Standard Character Mark

3. International Class(es):
   25

4. Publication Date:
   Mar 10, 2009

5. Applicant:
   Kevin Brown

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

> The Superintendent of Documents
> U.S. Government Printing Office
> PO Box 371954
> Pittsburgh, PA  15250-7954
> Phone: 202-512-1800

By direction of the Commissioner.

PCF10B (REV 3/2005)