# Exhibit 5



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**
**Serial #:** 77593469  **Filing Dt:** 10/15/2008  **Reg #:** NONE  **Reg. Dt:**
**Applicant:** Kevin Brown
**Mark:** LIFE IS NUTZ

**Assignment: 1**
**Reel/Frame:** 3967/0937  **Received:** 04/09/2009  **Recorded:** 04/09/2009  **Pages:** 4
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** BROWN, KEVIN  **Exec Dt:** 04/09/2009
                              **Entity Type:** INDIVIDUAL
                              **Citizenship:** UNITED STATES

**Assignee:** LIFE IS NUTZ, INC.  **Entity Type:** CORPORATION
587 PROSPECT STREET              **Citizenship:** MASSACHUSETTS
WEST BOLYSTON, MASSACHUSETTS 01583
**Correspondent:** MIRICK O'CONNELL DEMALLIE & LOUGEE, LLP
1700 WEST PARK DRIVE
KATHRYN V. CHELINI
WESTBOROUGH, MA 01581

Search Results as of: 04/17/2009 11:14 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web Interface last modified: October 18, 2008 v.2.0.2

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



*Electronic Trademark Assignment System*

# Confirmation Receipt

Your assignment has been received by the USPTO.
The coversheet of the assignment is displayed below:

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Kevin Brown | | 04/09/2009 | INDIVIDUAL: UNITED STATES |

**RECEIVING PARTY DATA**

| Name: | Life Is Nutz, Inc. |
|---|---|
| Street Address: | 587 Prospect Street |
| City: | West Bolyston |
| State/Country: | MASSACHUSETTS |
| Postal Code: | 01583 |
| Entity Type: | CORPORATION: MASSACHUSETTS |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 77593469 | LIFE IS NUTZ |

**CORRESPONDENCE DATA**

Fax Number:        (508)898-1502
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:              508-898-1501
Email:              kvchelini@modl.com

| | |
|---|---|
| Correspondent Name: | Mirick O'Connell DeMallie & Lougee, LLP |
| Address Line 1: | 1700 West Park Drive |
| Address Line 2: | Kathryn V. Chelini |
| Address Line 4: | Westborough, MASSACHUSETTS 01581 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | 21832-00003 |
| **NAME OF SUBMITTER:** | Kathryn V. Chelini |
| **Signature:** | /Kathryn V. Chelini/ |
| **Date:** | 04/09/2009 |

**Total Attachments: 2**
source=Assignment#page1.tif
source=Assignment#page2.tif

**RECEIPT INFORMATION**

ETAS ID:         TM140681
Receipt Date:    04/09/2009
Fee Amount:      $40

## Return to home page

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

## ASSIGNMENT

For valuable consideration, **Kevin Brown**, an individual residing at 587 Prospect Street, West Boylston, Massachusetts 01583, (hereinafter "the Assignor"), hereby assigns to **Life Is Nutz, Inc.**, a Massachusetts corporation with its principal place of business at 587 Prospect Street, West Bolyston, Massachusetts 01583, (hereinafter "the Assignee"), all right, title and interest in and to the mark which is the subject of an application for a United States Trademark Serial No. 77/593,469, filed on October 15, 2008:

### LIFE IS NUTZ

This assignment is effective as of April 9, 2009, and includes said mark; said United States trademark application; the good will of the business symbolized by the mark; that part of the ongoing and existing business connected with the mark; all registered United States and foreign marks which may be granted thereon, and any and all renewals thereof. Assignor further agrees for itself and its successors, legal representatives and assigns, without further compensation, to perform such lawful acts and to sign such further applications, assignments, preliminary statements and other lawful documents as the Assignee may reasonably request to effectuate fully this assignment.

{Practice Areas\CORP\21832\00003\A4063349.DOC}

In Witness Whereof, we hereto set our hands and seal at __Westboro, MA__
[insert town/state]
this __9th__ day of __April__, 2009.

Kevin Brown

_/s/ Kevin Brown_

COMMONWEALTH OF MASSACHUSETTS

County of __Worcester__

On __April 9__, 2009, before me, the undersigned notary public, personally appeared __Kevin Brown__ (the "Principal") and acknowledged to me that the Principal signed the preceding or attached document voluntarily for its stated purpose. The Principal proved to me through satisfactory evidence of identification that the Principal is the person whose name is signed on the preceding or attached document. The satisfactory evidence of identification provided to me was:

- [x] A current document issued by a federal or state government agency bearing the photographic image of the Principal's face and signature; or

- [ ] On the oath or affirmation of a credible witness unaffected by the document or transaction who is personally known to the notary public and who personally knows the Principal; or

- [ ] Identification of the Principal based on the notary public's personal knowledge of the identity of the Principal; or

- [ ] The following evidence of identification: _____

_/s/ Judith A. Southland_
Notary Public
Printed Name: __Judith A. Southland__
My Commission Expires: __2/4/16__

[Seal]