# Exhibit 6



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Apr 17 04:05:17 EDT 2009

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start List At: ____ OR Jump to record: ____  **Record 15 out of 15**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | LIFE IS GOOD |
| **Goods and Services** | IC 025. US 022 039. G & S: sportswear, namely, T-shirts, sweatshirts, shirts, hats, pants, and shorts. FIRST USE: 19940601. FIRST USE IN COMMERCE: 19950127 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75066995 |
| **Filing Date** | March 4, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 1, 1996 |
| **Registration Number** | 2025737 |
| **Registration Date** | December 24, 1996 |
| **Owner** | (REGISTRANT) Jacobs Gallery composed of Albert Jacobs and John Jacobs, both U.S. citizens PARTNERSHIP MASSACHUSETTS 299 Elliott St., Suite 2 Newton MASSACHUSETTS 02161<br><br>(LAST LISTED OWNER) THE LIFE IS GOOD COMPANY CORPORATION MASSACHUSETTS 283 NEWBURY STREET BOSTON MASSACHUSETTS 02108 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | THOMAS E. KENNEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070306. |

| | |
|---|---|
| **Renewal** | 1ST RENEWAL 20070306 |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY