# Exhibit 8



join us on facebook
my account • shopping bag: No items
Gift Certificates | Email Sign-Up & Raffle | Store Finder | Customer Service | Festivals

enter product code or keyword  Go
choose an interest

women   men   kids   headwear   bags & travel   home accessories   fun gear   dogs   Shop Mother's Day

**OUR STORY**

Inspiring Letters
Our Festivals
In the News
Store Locator
Genuine Neighborhood Shoppes
Customer Service
Working at LIG



The Book
CLICK TO SHOP

## The Life is good® Story



Bert and John street hawking, South Boston, March 1993

In 1989, Bert and John Jacobs designed their first tee shirt. They knew nothing about the business.

For five years, the brothers hawked tee shirts in the streets of Boston and traveled the East Coast, selling door-to-door in college dormitories.

They collected some good stories, but were not very prosperous. They lived on peanut butter and jelly, slept in their van, and showered when they could.

Chicks were not impressed.



Original Jake drawing, July 1994

By the Fall of 1994, heading home from a long, less-than-fruitful roadtrip, Bert and John were desperately searching for answers to keep the dream alive. Little did they know, the only answer they needed was back in Boston, hanging up on their apartment wall.

Jake's contagious grin, simple as it was, seemed to express everything the Jacobs brothers believed in.

One fateful September day, they printed up 48 Jake shirts for a local street fair in Cambridge, Massachusetts. They laid the shirts out on their rickety card table. By noontime, all 48 of those tees were gone. A star was born.



Soon Jake was introduced to local retailers, and his simple message of optimism was embraced like nothing the brothers had ever seen. As demand for product soared, Jake's team grew, and the Little Brand That Could began to spread across America.

Today, the New England based brand stays close to its roots, with an emphasis on simplicity, humor and humility. Through Life is good Festivals, positive products, and a steady dose of ping pong, Jake's crew does its best to keep the good vibes flowing.



Kids Foundation
Fundraiser Tees & Products

New season of cool fundraising tees, bags, jewelry & more!
Life is good donates 100% of its profits from the sale of these items to kids in need.
CLICK TO SHOP