# Exhibit 9

# LIFE IS BALANCE™

You work hard. You play hard. But life should be a balance. Introducing Life is Balance,™ a new line of sports-themed apparel. Scuba Diving. Skiing. Sailing. Volleyball. Yoga. Golf. Swimming. Trapeze. Gymnastics. Biking. Windsurfing. Tennis. You get the idea. Whatever sport adds balance to your life, there's a Life is Balance™ shirt for you. Click on each image below to view a larger version.



Coming soon. Please check back for available styles. If you are a retailer or are interested in this co-branding with this line, please **contact Looking Good Licensing** for pricing and more information.



