# Exhibit 10

**Home** | About Us | Contact Us/Feedback | Policies | Specials | Clothing



Log In   View Cart   Checkout

Your Cart Contains:
Item(s): **0**
Subtotal: **$0.00**

*Custom Printing*



His hands,
His pain,
His sacrifice,
Your gain.

click to see "His Hands" stickers or t-shirts



Check out our men's clothing additions!



Custom Printing? Call us at (830) 620-8424







**Today's ToDo:** Take old clothes to Goodwill.

Copyright © 2008 Life is...God.
Life is...God© is a division of



Men's clothing - Women's clothing - Kid's stuff - G2R - Virtues - Bags







