# Exhibit 11

**SEARCH**



[SUBMIT]

**SHOPPING CART**

**Items in Cart: 0**

**BROWSE THE STORE**

| Books |
| Water Bottles |
| Life Is Crap T-shirts |
|   -All T-Shirts |
|   -Crappy Situations |
|   -Female |
|   -Out of... |
|   -Life Is Crap Logo |
|   -Sports |
|   -Handyman |
|   -Nature |
|   -Food and Drink |
|   -Toilet Humor |
|   -Law and Politics |
|   -Holiday |
|   -Getting Older |
| Calendars |
| Crappy Pillows |
| Stationery, Note Cards, and Journals |
| Best Sellers |
| Crappy Caps |
| Mugs |
| Greeting Cards |
| Key Rings |
| Stickers |
| Magnets |
| Gift Certificates |

**MAILING LIST**

Sign up for the Life Is Crap newsletter to receive great offers on Life Is Crap merchandise!

your email



Life Is Crap • Life Is Crap T-shirts • All T-Shirts • Life Is Crap "Ladies Out Of Wine" T-shirt

[+] SHARE



**Life Is Crap "Ladies Out Of Wine" T-shirt**

Item #: 5LCT044

Small : $17.99

Quantity: 1    

Email a Friend

**People who bought this also bought:**   see all

 

[+] enlarge image/alternate views

What's going to happen with all that leftover cheese? Printed on a raspberry colored Life is Crap t-shirt.

**Click Here To View Larger Image**

**People Who Bought This Also Bought:**



**Life Is Crap "Out Of Beer" T-Shirt**

There's a phrase that will ruin a good time. Printed on a dark blue Life is Crap t-shirt. Click Here To View Larger Image

more >



**Life Is Crap "Out Of Wine Bottle" T-Shirt**

And the grocery store just closed 10 minutes ago. Printed on a burgundy colored Life Is Crap t-shirt.

more >



**Life Is Crap "Rough Golf" T-shirt**

Apparently those golf lessons were a total waste of time and money. Printed on a sage green Life is Crap t-shirt. Click Here To View Larger Image

more >

**Life Is Crap "Keg" T-shirt**



