# Exhibit 13



**EXTENSION OF TIME TO OPPOSE**
MAILED: 04-07-2009

Serial No.: 77593469
ESTTA TRACKING NO: ESTTA276559

A request to extend the time to oppose is granted until 05-09-2009 on behalf of potential opposer The Life is good Company.

Please do not hesitate to contact the Trademark Trial and Appeal Board at (571) 272-8500 if you have any questions relating to this extension. You can view the record of this case at http://ttabvue.uspto.gov.