UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>    Plaintiffs<br><br>v.<br><br>THE LIFE IS GOOD COMPANY,<br>    Defendant | C.A. No. 4:09-cv-40078 |

## SECOND STIPULATION CONCERNING DEADLINE TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendant The Life is good Company shall have until June 15, 2009 to file its response to the complaint.

THE LIFE IS GOOD COMPANY,
By its attorneys,

　/s/Thomas E. Kenney　
Thomas E. Kenney (#561590)
Pierce & Mandell, P.C.
11 Beacon Street, Suite 800
Boston, MA 02108
Phone: (617) 720-2444
Fax: (617) 720-3693
tom@piercemandell.com

THE PLAINTIFFS,
By their attorneys,

/s/John T. Graff
James C. Donnelly, Jr., Esq.
BBO #129700
John T. Graff, Esq.
BBO #664825
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA  01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502
jtgraff@modl.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2009, I electronically filed the foregoing instrument with the Clerk of the Court by using the CM/ECF system, and served copies by U.S. Mail upon any counsel listed as a non-registrant.

*/s/ Thomas E. Kenney*
Thomas E. Kenney