UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>　　　Plaintiffs<br><br>　　V.<br><br>THE LIFE IS GOOD COMPANY,<br>　　　Defendant | CIVIL ACTION NO. 09-CV-40078 |

## SIXTH STIPULATION CONCERNING DEADLINE TO RESPOND TO COMPLAINT

The parties hereto stipulate and agree that defendant The Life is Good Company shall have until Monday, August 10, 2009, to file its response to the Complaint.

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>Plaintiffs | THE LIFE IS GOOD COMPANY,<br><br>Defendant |
| By their attorneys, | By its attorney, |
| /s/ John T. Graff<br>James C. Donnelly, Jr., Esq.<br>BBO #129700<br>John T. Graff, Esq.<br>BBO #664825<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:　 (508) 791-8502 | /s/ Thomas E. Kenney<br>Thomas E. Kenney, Esq.<br>BBO #561590<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>Phone: (617) 720-2444<br>Fax:　 (617) 720-3693 |

Dated: July 24, 2009

CERTIFICATE OF SERVICE

      I, John T. Graff, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2009.

                                          /s/John T. Graff
                                          John T. Graff, Esq.

Dated: July 24, 2009