UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>    Plaintiffs,<br><br>    v.<br><br>THE LIFE IS GOOD COMPANY,<br>    Defendant. | CIVIL ACTION NO. 09-CV-40078 |

**SEVENTH STIPULATION CONCERNING DEADLINE TO
RESPOND TO COMPLAINT**

The parties hereto stipulate and agree that the defendant, The Life is good Company, shall have until Friday, August 14, 2009, to file its response to the Complaint.

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>Plaintiffs<br><br>By their attorneys, | THE LIFE IS GOOD COMPANY,<br><br>Defendant<br><br>By its attorney, |
| /s/ John T. Graff<br>James C. Donnelly, Jr., Esq.<br>BBO #129700<br>John T. Graff, Esq.<br>BBO #664825<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 | /s/ Thomas E. Kenney<br>Thomas E. Kenney, Esq.<br>BBO #561590<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>Phone: (617) 720-2444<br>Fax:    (617) 720-3693 |

Dated: August 11, 2009

2

CERTIFICATE OF SERVICE

      I, John T. Graff, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 11, 2009.

      /s/John T. Graff
      John T. Graff, Esq.

Dated: August 11, 2009