UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN,<br>　　　Plaintiffs<br><br>　　　V.<br><br>THE LIFE IS GOOD COMPANY,<br>　　　Defendant | CIVIL ACTION NO. 09-CV-40078FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that said action be dismissed, with prejudice, without costs, and waiving all rights of appeal.

| THE LIFE IS GOOD COMPANY, | LIFE IS NUTZ, INC., WHAT RU NUTZ, INC. and KEVIN BROWN, |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Thomas E. Kenney | /s/ John T. Graff |
| Thomas E. Kenney, Esq.<br>BBO #561590<br>Pierce & Mandell, P.C.<br>11 Beacon Street, Suite 800<br>Boston, MA 02108<br>Phone:  (617) 720-2444<br>Fax:     (617) 720-3693 | James C. Donnelly, Jr., Esq.<br>BBO #129700<br>John T. Graff, Esq.<br>BBO #664825<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

Dated: August 17, 2009

2

CERTIFICATE OF SERVICE

    I, John T. Graff., hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 17, 2009.

    /s/ John T. Graff
    John T Graff

Dated: August 17, 2009